# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19–10297 – DER**   Chapter: **13**

**Monique Darnetta Hicks**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 19 – Certificate of Service of Amended Schedule D to Creditors Filed by Janine Angela Scott (related document(s)18 Certificate of Service filed by Debtor Monique Darnetta Hicks). (Scott, Janine)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 3/5/19.**

**– The certificate was not filed. Only the list of service recipients was uploaded.**

CURE: Please file a correcting document by the cure date provided above.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 2/19/19

　　　　　　　　　　　　　　　　　　　　　Mark A. Neal, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, Chris Adams
　　　　　　　　　　　　　　　　　　　　　410–962–4215

cc:   Debtor

　　　Attorney for Debtor – Janine Angela Scott

defntc (rev. 12/12/2016)